UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PARAMOUNT EXPORT COMPANY, a corporation, GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR NEW ZEALAND LIMITED, a foreign corporation, EMIRATES AIRLINE, a foreign corporation, and DOES ONE through TEN,<br><br>Defendants. | Case No: C 15-04251 SBA<br><br>**CONDITIONAL DISMISSAL ORDER** |

The Court having received notice of the settlement of this action, see Dkt. 24, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within sixty (60) days of this order. All scheduled dates are VACATED.

IT IS SO ORDERED.

Dated: 2/16/16

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge